THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE J. REED, Appellant. [63 NYS3d 287]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and Curran, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAYVON UNDERDUE, Appellant. [63 NYS3d 289]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Peradotto, Lindley, Curran and Winslow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH M. BOWMAN, Appellant. [63 NYS3d 290]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Carni and Troutman, JJ.

In the Matter of KIM A. KIRSCH et al., Respondents, v BOARD OF EDUCATION OF WILLIAMSVILLE CENTRAL SCHOOL DISTRICT et al., Appellants. [63 NYS3d 290]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Peradotto, Lindley and NeMoyer, JJ.

(November 17, 2017)

KELLY VARANO, as Parent and Natural Guardian of JEREMY BOHN, an Infant, et al., Respondents, v FORBA HOLDINGS, LLC, Now Known as CHURCH STREET HEALTH MANAGEMENT, LLC, et al., Appellants, et al., Defendants. [63 NYS3d 919]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered August 7, 2014. The order denied the motion of defendants Forba Holdings, LLC, now known as Church Street Health Management, LLC, Forba NY, LLC, and Small Smiles Dentistry of Syracuse, LLC, for recusal of the court.

Now, upon the stipulations and orders of discontinuance signed by the attorneys for the named parties listed above on September 27, October 4, 9 and 12, 2016, and by the court on December 13, 2016, and filed in the Onondaga County Clerk's Office on December 13, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.